IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE KEVIN WILLIAMS, AIS # 173816,  :<br>    Plaintiff, :<br>vs. :<br>:<br>KEITH BLACKWOOD, :<br>    Defendant. : | CIVIL ACTION 24-00242-KD-MU |

### ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 10) is made, the Report and Recommendation of the Magistrate Judge (doc. 9) made under 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b), and S.D. Ala. GenLR72(c), and dated August 21, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g).

**DONE** and **ORDERED** this the 16th day of September 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATE DISTRICT JUDGE