IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE KEVIN WILLIAMS, AIS # 173816,** | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 24-00242-KD-MU |
| | : | |
| **KEITH BLACKWOOD,** | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the 16th day of September 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE